UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 16, 2006

No. 06-195
CR-92-270-MU

In Re: WALTER LITTLE, JR.

    Movant

O R D E R

    Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

    The Court denies the motion.

    Entered at the direction of Judge Michael with the concurrence of Judge Niemeyer and Judge King.

For the Court,

/s/ Patricia S. Connor
_____
CLERK